UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN BLYZNIUK,<br>    Plaintiff(s),<br> v.<br>THE STANDARD FIRE INSURANCE COMPANY,<br>    Defendant(s). | CASE NO. C23-01515-KKE<br><br>ORDER GRANTING STIPULATION TO CORRECT THE CASE CAPTION AND IDENTIFY TRUE NAMES OF PARTIES |

  The Parties, having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the docket be corrected to reflect that the true name of Defendant THE STANDARD FIRE INSURANCE COMPANY, d/b/a TRAVELERS INSRUANCE, a foreign corporation, shall be corrected as THE STANDARD FIRE INSURANCE COMPANY, a foreign insurer.  The Court DIRECTS the Clerk of the Court to correct the docket to reflect Defendant's true name.

  IT IS SO ORDERED.

  Dated this 13th day of October, 2023.

                _Kymberly K. Evanson_
                Kymberly K. Evanson
                United States District Judge