UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN BLYZNIUK,<br>　　　　　　　Plaintiff,<br>　v.<br>THE STANDARD FIRE INSURANCE COMPANY,<br>　　　　　　　Defendant. | CASE NO. C23-01515-KKE<br><br>ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO EXTEND CASE SCHEDULE |

　　　　This matter comes before the Court on the parties' stipulated motion to continue the case schedule. Dkt. No. 14. While the Court finds that the parties have shown good cause to continue the trial date and related pretrial deadlines, the Court's calendar cannot accommodate the parties' proposed schedule.

　　　　Accordingly, the motion is GRANTED IN PART and DENIED IN PART. Dkt. No. 14. Because the Court has found good cause for a continuance, all unexpired case deadlines (Dkt. No. 11) are VACATED. The parties are directed to jointly contact Courtroom Deputy Diyana Staples, at diyana_staples@wawd.uscourts.gov to identify a new trial date. A new case schedule will then be issued in accordance with the Court's standard scheduling order.

　　　　Dated this 1st day of August, 2024.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO EXTEND CASE SCHEDULE - 1