UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN BLYZNIUK,<br>     Plaintiff,<br> v.<br>THE STANDARD FIRE INSURANCE COMPANY,<br>     Defendant. | CASE NO. C23-01515-KKE<br><br>ORDER GRANTING PLAINTIFF'S MOTION UNDER FRCP 56(D) AND DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

This matter comes before the Court on Defendant's motion for partial summary judgment (Dkt. No. 25) and Plaintiff's motion under Federal Rule of Civil Procedure 56(d) (Dkt. No. 28). The Court heard oral argument on March 13, 2025, and consistent with its oral ruling, hereby ORDERS:

1. Plaintiff's Rule 56(d) motion is GRANTED.

2. Defendant's motion for partial summary judgment is DENIED without prejudice.

3. Any future dispositive motion(s) shall include a certification that the parties have met and conferred and agree that all discovery necessary to resolve the motion has been completed.

Dated this 14th day of March, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge