UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN BLYZNIUK,<br><br>                    Plaintiff(s),<br><br>       v.<br><br>THE STANDARD FIRE INSURANCE COMPANY,<br><br>                    Defendant(s). | CASE NO. C23-01515-KKE<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion for a protective order. Dkt. No. 38. The motion does not comply with Local Civil Rule 26(c)(2), which requires that if parties file a proposed stipulated protective order that departs from this district's model protective order, they "must provide the court with a redlined version identifying departures from the model." The parties' motion (Dkt. No. 38) is therefore DENIED without prejudice, subject to re-filing in compliance with Local Civil Rule 26(c)(2).

Dated this 16th day of April, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 1