Honorable Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN BLYZNIUK, and individual<br><br>Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | No. 2:23-cv-1515-KKE<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>NOTE ON MOTION CALENDAR:<br>JUNE 10, 2025 |

## I.     STIPULATION

Plaintiff Ivan Blyzniuk and Defendant The Standard Fire Insurance Company hereby agree and stipulate that the current action should be dismissed with prejudice and without fees or costs to either party.

DATED this 10th day of June 2025.

Herrmann Law Group

*s/ Anthony Marsh*
Anthony Marsh, WSBA #45194
Herrmann Law Group
505 Fifth Ave South, Suite 330
Seattle WA 98104
T: (206) 625-9104 / F: (206) 682-6710

STIPULATION AND ORDER OF DISMISSAL – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1   anthony@hlg.lawyer
    *Counsel for Plaintiff Ivan Blyzniuk*

2

3   LETHER LAW GROUP

4   */s/ Kasie Kashimoto*
    Kasie Kashimoto, WSBA #54268

5   */s/ Ellen McGraw*
    Ellen McGraw, WSBA #60240

6   1848 Westlake Ave N., Suite 100
    Seattle, WA  98109

7   P: 206-467-5444 / F: 206-467-5544
    kkashimoto@letherlaw.com

8   emcgraw@letherlaw.com
    *Counsel for Defendant The Standard Fire*

9   *Insurance Company*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## II.    ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That this action is hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

Dated this 11th day of June, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

Presented by:

Herrmann Law Group

*s/ Anthony Marsh*
Anthony Marsh, WSBA #45194
Herrmann Law Group
505 Fifth Ave South, Suite 330
Seattle WA 98104
T: (206) 625-9104 / F: (206) 682-6710
anthony@hlg.lawyer
*Counsel for Plaintiff Ivan Blyzniuk*


LETHER LAW GROUP
*/s/ Kasie Kashimoto*
Kasie Kashimoto, WSBA #54268
*/s/ Ellen McGraw*
Ellen McGraw, WSBA #60240
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
kkashimoto@letherlaw.com
emcgraw@letherlaw.com
*Counsel for Defendant The Standard Fire Insurance Company*